

**FILED**

APR 0 3 2008    NH
Apr 3, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):**    CHARLES B. HILL, JR.

**Defendant(s):**    COUNTY OF COOK, etc., et al.

**County of Residence:**    COOK

**County of Residence:**

**Plaintiff's Address:**

Charles B. Hill, Jr.
#2005-0084808
Cook County Jail
P.O. Box 089002
Chicago, IL   60608

**Defendant's Attorney:**

08CV1917
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**    ☑ Yes    ☐ No

**Signature:** *Q. E. Woodham*    **Date:** 04/03/2008