25 MARCH 2008

08CV1917
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN

**FILED**

APR - 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. Dobbins,

I the undersigned am writing to you in regards to the filing instructions that I have received. At this time due to my present financial status and the limited time that I am alloted in the law library here at the county jail in Cook County I was only able to obtain five copies of my 1983 complaint forms and am short a few of the required copies necessary for filing a 1983 claim. Sir I'm requesting that you if at all possible assist me with the copies that I don't have and send me copies back of them and the grievances that I have enclosed. Thank you in advance for your cooperation.

Sincerely, yours
Charles B. Hill Jr.
Charles B. Hill Jr.
20050084808, Div. #10
P.O. Box 089002
Chgo. Ill., 60608