# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1917 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Charles Hill, Jr. Vs. County of Cook, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted to the extent that plaintiff need not pay the $350 filing fee in advance. (3-1) Plaintiff is assessed an initial partial payment of $4.33 on account of the fee under 28 U.S.C. §1915(b)(1). The Trust fund officer is authorized to collect that payment from Plaintiff's account and pay it directly to the Clerk, U.S. District Court, 219 S. Dearborn, Chicago, IL 60604. Further payments in compliance with 28 U.S.C. §1915(b)(2) are to be made. The Clerk is directed to issue summons and forward to the United States Marshal for service. A status hearing is set for June 10, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|