IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HILL Jr., | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1917 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK A CORPROATION, | ) | |
| COOK COUNTY DEPARTMENT OF CORRECTIONS | ) | Magistrate Judge Ashman |
| CERMAK HEALTH SERVICES, DR. CATOURE, | ) | |
| JOHN DOE DENTIST #1, JANE DOE DENTIST #2, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants COOK COUNTY, THOMAS DART, Sheriff of Cook County served as C.C.D.O.C., CERMAK HEALTH SERVICES, and DR. COUTURE served as Dr. Cantoure by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, RONALD WEIDHUNER, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. Assistant State's Attorney Ronald Weidhuner was assigned this case on April 27, 2008.

2. The Plaintiff alleges denial of dental care.

3. The defendants are to answer by May 6, 2008.

4. That certain documents are necessary to ascertain when and if plaintiff requested medical treatment and what medical treatment has been rendered, and to prepare an answer or

other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received for at least 30 to 45 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1. That this Honorable Court grant an enlargement of time of 60 days, up to and including June 30, 2008, for the Defendants to answer or otherwise plead;

2. That this Honorable Court grant any other relief it deems just.

        Respectfully Submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

By:   /s/ Ronald Weidhuner 6194834_
        Ronald Weidhuner
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-5527

Case 1:08-cv-01917   Document 12   Filed 05/01/2008   Page 3 of 3