## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HILL Jr., | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1917 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK A CORPROATION, | ) | |
| COOK COUNTY DEPARTMENT OF CORRECTIONS | ) | Magistrate Judge Ashman |
| CERMAK HEALTH SERVICES, DR. CATOURE, | ) | |
| JOHN DOE DENTIST #1, JANE DOE DENTIST #2, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**To:**     Charles Hill, Jr.
Inmate # 2005-0084808
CCDOC
P.O. Box 089002
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on May 7, 2008 at 9:15 a.m., I shall appear before the Honorable Milton I. Shadur in the courtroom usually occupied by him in Room 2303 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached <u>Motion for Enlargement of Time</u>.

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By:  /s/ Ronald Weidhuner 6194834
                        RONALD WEIDHUNER
                        Torts/Civil Rights Litigation Section
                        500 Richard J. Daley Center
                        Chicago, Il 60602
                        (312) 603-5527

### CERTIFICATE OF SERVICE

        I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 1, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                /s/ Ronald Weidhuner 6194834