## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HILL Jr., | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1917 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Milton Shadur |
| COUNTY OF COOK A CORPROATION, | ) | |
| COOK COUNTY DEPARTMENT OF CORRECTIONS | ) | Magistrate Judge Ashman |
| CERMAK HEALTH SERVICES, DR. CATOURE, | ) | |
| JOHN DOE DENTIST #1, JANE DOE DENTIST #2, | ) | |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

**To:**       Charles Hill, Jr.
              Inmate # 2005-0084808
              CCDOC
              P.O. Box 089002
              Chicago, Illinois 60608

    **PLEASE TAKE NOTICE** that on May  13, 2008 at 8:45 a.m., I shall appear before the Honorable Milton I. Shadur in the courtroom usually occupied by him in Room 2303 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion for Enlargement of Time.

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

                    By:   /s/ Ronald Weidhuner 6194834
                          RONALD WEIDHUNER
                          Torts/Civil Rights Litigation Section
                          500 Richard J. Daley Center
                          Chicago, Il 60602
                          (312) 603-5527

### CERTIFICATE OF SERVICE

    I, Ronald Weidhuner, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above on May 5, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                          /s/ Ronald Weidhuner 6194834