**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Charles B. Hill Jr.
                           Plaintiff,

v.                                          Case No.: 1:08−cv−01917
                                                           Honorable Milton I. Shadur

County Of Cook, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Defendant's Motion for extension of time [12] is entered and continued until such time that defendant is able to have plaintiff available by telephone. Motion hearing held on 5/13/2008. Defense counsel will call this Court's courtroom deputy to arrange for a new motion hearing date. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.