# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Charles B. Hill Jr.
                          Plaintiff,

v.                                               Case No.: 1:08–cv–01917
                                                         Honorable Milton I. Shadur

County Of Cook, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

       MINUTE entry before Judge Honorable Milton I. Shadur:Motion for extension of time to June 30 to answer or otherwise plead [12][15] is granted. Motion hearing held on 5/15/2008. Telephonic Status hearing set for 7/3/2008 at 08:45 AM. The June 10 status date is vacated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.