```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

CHARLES B. HILL, JR.,             )
                                  )
               Plaintiff,         )
                                  )
     v.                           )     No.  08 C 1917
                                  )
COUNTY OF COOK, et al.,           )
                                  )
               Defendant.         )
```

## MEMORANDUM ORDER

Pro se plaintiff Charles Hill, Jr. ("Hill"), presently in custody at the Cook County Department of Corrections has previously been granted leave to proceed in forma pauperis (in the sense that he need not pay the $350 filing fee in advance, but he is obligated to do so in future installments). Hill has now moved for the appointment of pro bono counsel to represent him. This Court expresses no view as to the viability or nonviability of any of the claims advanced by Hill, but all participants in this type of litigation--the prisoner plaintiff, the defendants and this Court--are better served by placing the case in a posture in which lawyers on both sides are talking to each other and to the Court, rather than the pro se nonlawyer attempting to handle the intricacies of litigation on his or her own.

Accordingly Hill's motion is granted. This Court has obtained the name of the following member of the trial bar to represent him:

>     Thomas J. Canna, Esq.
>     Canna & Canna Ltd.
>     10703 West 159th Street
>     Orland Park IL  60467
>     708-349-2772

And because it is expected that appointed counsel will most likely file a new pleading to replace the Amended Complaint recently tendered by Hill,[1] this action is set for a next status hearing at 9 a.m. August 19, 2008.

                                                                               _____
                                                                               Milton I. Shadur
                                                                               Senior United States District Judge

Date:  June 16, 2008

---

    [1]  Among other things, Hill understandably has the identity of the proper defendants wrong in his self-prepared pleading.