IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES B. HILL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1917 |
| | ) | |
| v. | ) | Judge Shadur |
| | ) | |
| COUNTY OF COOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PRESENTMENT OF MOTION

TO:   Ronald Weidhuner
   Cook County State's Attorney
   500 Richard J. Daley Center
   Chicago, Illinois 60602

   On the 19 day of August, 2008, at the hour of 9:15 a.m., I shall appear before the Honorable Milton I. Shadur, in Courtroom 2303, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Agreed Motion for Leave to File Plaintiff's Second Amended Complaint**, a copy of which is attached and is herewith served upon you.

   Respectfully submitted,

   CHARLES B. HILL, JR.,


   By:   _____s/ Thomas J. Canna_____
         Plaintiff's Attorneys


Thomas J. Canna - ARDC #6180108
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772

## **CERTIFICATE OF SERVICE**

     I, Thomas J. Canna, an attorney, certify that this notice and the documents identified herein have been served upon Defendants: (1) via ECF filing on August 14, 2008, pursuant to ECF filing rules and applicable local rules, and (2) by mailing a copy to the named person at his indicated addresses by depositing same in the U.S. mail at the Orland Park Post Office by 5:00 p.m. on August 14, 2008, with proper postage prepaid.

                                                                 s/ Thomas J. Canna

Thomas J. Canna - ARDC #6180108
CANNA AND CANNA, LTD.
10703 West 159th Street
Orland Park, Illinois 60467
(708) 349-2772